UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHARI ZENAWE,<br><br>        Plaintiff,<br><br>    v.<br><br>T. FELKER et al,<br><br>        Defendant._____/ | Case Number: CV07-06005 TEH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 17, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Zenawe Mehari V-77538
C.S.P. High Desert State Prison
P.O. Box 3030
Susanville, CA 969127


Dated: December 17, 2007

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk